UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                             Case No. 6:10–bk–22099–ABB
                                                                            Chapter 7

Ruth Pierre
482 Fonsica Street SW
Palm Bay, FL 32908

             _____Debtor(s)_____/

ORDER DISMISSING CASE

On December 14, 2010 , the Court issued a notice (Document No. 5 ) directing the debtor to file by December 28, 2010 , the following required document(s) necessary for the administration of the case:

Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, Schedules, Statement of Affairs and Statement of Intentions & Statement of Current Monthly Income & Means Test Calculation

It was further provided that the Court may dismiss this case without further notice or hearing if the debtor failed to comply within the time specified.

Despite the fact that more than 14 days have passed since the date of filing of the petition, the debtor has failed to comply with the order. No Discharge of debts was entered in this case. Accordingly, it is

ORDERED:

1. This case is dismissed.

2. The Automatic Stay imposed by 11 U.S.C. §362 is lifted and the filing of this case no longer acts as a stay against collections and other actions against the debtor and the debtor's property.

3. Any scheduled hearing is herewith canceled.

DONE AND ORDERED on December 29, 2010

_____
Arthur B. Briskman
United States Bankruptcy Judge